E-FILED
Thursday, 21 November, 2024 02:35:22 PM
Clerk, U.S. District Court, ILCD

FILED
NOV 21 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# ATTACHMENT 1

# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Central **DISTRICT OF** Illinois

(Full name of plaintiff(s))

Abdoulah Traore-Flores

vs

Case Number:

(to be supplied by clerk of court)

(Full name of defendant(s))

Katie Huffman
Jan Tetzlaff
Meagan Stoner

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State), and is located at 115 Doty St (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Katie Huffman

Jan Tetzlaff

2. Defendant Meagan Stoner (Name)

is (if a person or private corporation) a citizen of Wisconsin (State, if known)

and (if a person) resides at N/A (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Dane County Jail 115 Doty St (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff Abdoulah Traore-Flores is an inmate at Dane County jail in Madison, Wisconsin. Around 8:00 am on 9-14-24 Traore-Flores attempted to pray after previously being placed on a 24-hour bunk restriction by Deputy Katie Huffman. When Deputy Katie Huffman noticed Traore-Flores in the corner setting up to pray she proceeded to yell at Traore-Flores that he needed to be on his bunk, which is when he told her that he was simply

trying to pray. Katie Huffman continued to yell over Traore-Flores so he started to pray. Katie Huffman then called "Move 3" and had Traore-Flores sent to the hole, contrary to her original threat of having him put in the "Cold/Time out room". Katie Hoffman also lied in her report stating that Traore-Flores interlocked his fingers in resistance to being handcuffed while praying. While having the diciplinary hearing on 9-17-24 to determine how long Traore-Flores would be in the hole for, Meagan Stoner was biased with her decision and denied Traore-Flores's witness claiming he wasn't needed. Meagan Stoner also claimed that Traore-Flores had "lost his PRIVILEDGE" to pray due to being on bunk restriction. Meagan Stoner then sentenced Traore-Flores to 5 days which meant he had to continue to pray in a bathroom which is forbidden. Traore-Flores was then advised that he had 24 hours to appeal his diciplinary sentence. Once Traore-Flores filed the appeal captain Jan Tetzlaff didn't review it until Traore-Flores had already

been moved back to a regular pod on 9-23-24. Tetzlaff still denied his appeal totally ignoring the fact that the rooms he had been housed in were unsuitable for prayer, which Traore-Flores brought to both Meagan Stoner's and Jan Tetzlaff's attention to no avail. Traore-Flores was forced to pray 28 different times in a forbidden area due to the actions carried out against him by Katie Hoffman, Meagan Stoner, and Jan Tetzlaff.

3A 729911

**Dane County Jail / Security Services Division**
**HEARING DETERMINATION**

| NAME: | CASE #: | INCIDENT DATE: | TIME: |
|---|---|---|---|
| Traore Flores Abdullah | 240406522 | 9-14-24 | 0800 |

I. ☒ **DUE PROCESS HEARING**
☐ Waived 24 hours

☐ **WAIVED HEARING/ REQUEST IMMEDIATE DETERMINATION**

II. **Date Hearing conducted:** 9 / 17 / 24 at 1250 hours

**Hearing Examiner:** M. Stoner 1068

**Staff Advocate:** ☐ N/A ☐ None Requested

Dep Pirnel present

**Witnesses:** ☐ N/A ☐ None Requested

Jacory Hiller, 3A - Ask if I got up to pray after she gave me Bunk Restriction
Denied - Deemed cumulative - Already noted in report (p.5)

**Disposition:** ☒ Guilty ☐ Not Guilty

**Jail Rules Violated:** staff directions, dressed in full uniform for all standing headcounts, disorderly - not cooperative escort, wear jail ID at all times

**Discipline Imposed:**
5 days Disciplinary Confinement ends 9/19/24 0900

**Additional comments by Hearing Examiner:**
1st EVER DH
Refused minor discipline after not ready for H/C.
⊖ Tried to explain need to be in compliance to exercise other aspects of jail life (prayer off bunk)

III. **APPEAL** ☒ Yes ☐ No

If yes, appeal is due by: 9 / 18 / 24 at 1255 hours. Your appeal will be reviewed by a Jail Administrator. You will receive a decision on your appeal that will either affirm or deny your appeal. You will receive a copy of this decision for your records.

160—55-14 (9/24) WHITE – JAIL FILE YELLOW-RESIDENT FILE

Argued Mod

4K

Dane County Jail / Security Services Division

# DECISION ON APPEAL OF HEARING DETERMINATION

**Date:** Sept 19, 2024

**To:** Traore Flores, Abdullah

**From:** Capt. Jim Tetzlaff

**Case No.** 24040652 2

I have reviewed the due process hearing conducted on 9-17-24 as a result of your written request for an appeal. In reviewing the case, I have determined the evidence relied upon ***(does)*** ***(does not)*** support the decision of the hearing examiner.

Your appeal is ***(affirmed)*** ***(denied)***.

(Signature of Jail Administrator)

Comments: I reviewed the report and the video of your behavior. You refused to stand for headcount and ignored the deputy's instructions. You were placed on bunk restriction and refused to take or put on the orange pants. You took your prayer rug from the bunk after you were placed on bunk restriction. You were disciplined for failing to follow the jail rules and follow instructions.

**********************************************************************************************

## RECEIPT OF APPEAL

Date: 9-23-24

I acknowledge receipt of the appeal decision

Abdoullah
(Signature of Resident)

160—395-14 (2/24) WHITE – JAIL FILE YELLOW-RESIDENT FILE

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $______________.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like to recieve monetary compensation of $5,000 per prayer I had to make being in the diciplinary wing. I would also like to recieve monetary compensation of $50,000 per day that I was put in discipline.

E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 20th day of October 2024.

Respectfully Submitted,

Abdoulah
Signature of Plaintiff

729911
Plaintiff's Prisoner ID Number

115 Doty st
521 Northport Dr apt #1
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.





Abdoulah Traore-Flores
521 Northport Drive #1
Madison, Wi 53704

309 U.S Courthouse
100 N.E. Monroe Street
Peoria, IL 61602